IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVONTE HAZEL,

                    Plaintiff,                               **8:22CV437**

         vs.

STATE OF NEBRASKA, LANCASTER                    **MEMORANDUM AND ORDER**
COUNTY JAIL, and WILLIAM GORACKE,

                    Defendants.

         On June 6, 2023, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 8.  To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

         IT IS THEREFORE ORDERED that:

         1.      This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.  The Court will enter judgment by a separate document.

         2       The Clerk of the Court is directed to send a copy of this Memorandum and Order and the Judgment to both Plaintiff's last known address listed in the Complaint, Filing No. 1, and to Plaintiff at the following address:

         Nebraska Department of Correctional Services
         Reception & Treatment Center
         PO Box 22800Lincoln, Nebraska 68542-2800.

Dated this 8th day of August, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court